# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-037-FDW-DCK

| | |
|---|---|
| **DANA SHOCHED AND TARYN HARTNETT,** ) | |
| ) | |
| **Plaintiffs / Relators,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **PHYSICIANS CHOICE LABORATORY** ) | |
| **SERVICES, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "The Government's Notice Of Election To Intervene In Part And To Decline To Intervene In Part And Motion To Unseal Complaint" (Document No. 31) filed February 19, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that

1. the Relator's Complaint (Document No. 1), the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part (Document No. 31), and this Order shall be unsealed;

2. the United States shall serve its Complaint upon Defendants, together with this Order, within 90 days;

3. the Relators shall serve their Complaint upon Defendants within 90 days;

4. all other papers or Orders on file in this matter shall remain under seal;

5. the seal shall be lifted on all other matters occurring in this action after the date of this Order;

6. as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. all Orders of this Court shall be sent to the United States; and

8. should the Relators or Defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, they will solicit the written consent of the United States.

**SO ORDERED**.

Signed: February 20, 2019

_____
David C. Keesler
United States Magistrate Judge