UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*, *ex rel.* TARYN HARTNETT and DANA SCHOCHED,<br><br>**Plaintiffs,**<br><br>vs.<br><br>PHYSICIANS CHOICE LABORATORY SERVICES, *et al.*,<br><br>**Defendants.** | CIVIL FILE NO. 3:17-CV-37 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TENNESSEE, *ex rel.* J.D. JENKINS, ELIZABETH COYLE and ELIZABETH MERRY,<br><br>**Plaintiffs,**<br><br>vs.<br><br>PHYSICIANS CHOICE LABORATORY SERVICES, *et al.*,<br><br>**Defendants.** | CIVIL FILE NO. 3:17-CV-46 |

**ORDER**

Having considered the United States' Unopposed Motion to Consolidate (Doc. No. 36), the motion is **GRANTED.** The Court finds that Civil Action Nos. 3:17-cv-37 and 3:17-cv-46 involve common issues of law and fact and consolidation would promote judicial efficiency economy and therefore should be consolidated. *See* Fed. R. Civ. P. 42(a). In accordance with the Court's standard operating procedures, the first-filed case in this Court,

No. 3:17-cv-37, will be the lead case.[1]  The consolidation is for ease of docketing only and does not reflect any substantive ruling by the Court regarding these two cases.

It is **FURTHER ORDERED** that all future filings in these cases be made in the lead case only and that the caption contain the case number 3:17-cv-37 and on the next line "(Consolidated with 3:17-cv-46)".

It is **FURTHER ORDERED** that, as a result of this consolidation, case number 3:17-cv-46 is hereby administratively closed.

**IT IS SO ORDERED.**

Signed: June 20, 2019

_____
Frank D. Whitney
Chief United States District Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.

---

[1] The Court notes the motion requests the later-filed case be designated as the lead case; however, neither the motion nor memorandum filed in these two cases provided argument or other sufficient explanation to support this request.  Accordingly, the Court will apply the process used in the Western District of North Carolina to designate the first-filed case as the lead case in this matter.