# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-037-FDW-DCK *SEALED*

| | |
|---|---|
| UNITED STATES, ex rel., TARYN HARTNETT, and DANA SHOCHED, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| PHYSICIANS CHOICE LABORATORY SERVICES, LLC, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Special Admission and Affidavit" (Document No. 42) filed by William A. Hullender on July 18, 2019. William A. Hullender seeks special admission to represent the State of Tennessee. Upon review and consideration of the record and the pending motion, and following consultation with the chambers of the Honorable Frank D. Whitney, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Special Admission And Affidavit" (Document No. 42) is **GRANTED**. William A. Hullender is hereby admitted to represent the State of Tennessee in this matter.

**SO ORDERED**.

Signed: July 19, 2019

David C. Keesler
United States Magistrate Judge