IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-037-FDW-DCK

| | |
|---|---|
| UNITED STATES, ex rel., TARYN HARTNETT, and DANA SHOCHED, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| PHYSICIANS CHOICE LABORATORY SERVICES, LLC, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 69) filed by Fred M. Wood, Jr., concerning Gabriel L. Imperato on September 23, 2019. Gabriel L. Imperato seeks to appear as counsel *pro hac vice* for Defendant Philip McHugh. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 69) is **GRANTED**. Gabriel L. Imperato is hereby admitted *pro hac vice* to represent Defendant Philip McHugh.

**SO ORDERED**.

Signed: September 23, 2019

David C. Keesler
United States Magistrate Judge