IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-037-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*, *ex rel.* TARYN HARTNETT and DANA SCHOCHED,<br><br>Plaintiffs,<br><br>vs.<br><br>PHYSICIANS CHOICE LABORATORY SERVICES, *et al.*,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Discovery And Modify Case Management Order" (Document No. 97) filed February 5, 2020. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

The parties' motion seeks to stay this matter pending resolution of "Defendant Philip McHugh's Motion To Dismiss …" (Document No. 73); however, shortly after the motion to stay was filed, the Court issued an Order denying the motion to dismiss and directing the parties to proceed with discovery. <u>See</u> (Document No. 98).

**IT IS THEREFORE ORDERED** that the "Joint Motion To Stay Discovery And Modify Case Management Order" (Document No. 97) is **DENIED**.

**SO ORDERED**.

Signed: February 6, 2020

David C. Keesler
United States Magistrate Judge