# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TARYN HARTNETT, and DANA SHOCHED,<br><br>Plaintiff(s),<br><br>vs.<br><br>PHYSICIANS CHOICE LABORATORY SERVICES, DOUGLAS SMITH, PHILIP MCHUGH AND MANOJ KUMAR,<br><br>Defendant(s). | **JUDGMENT IN CASE AS TO DEFENDANT DOUGLAS SMITH**<br><br>3:17-cv-00037-KDB-DCK |

DECISION BY COURT. This action having come before the Court by Unopposed Motion for entry of a consent order and entry of final judgment against defendant Douglas Smith and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2021 Order.

March 30, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court