IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL FILE NO. 3:17-CV-37

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TARYN HARTNETT, and DANA SHOCHED,<br><br>Plaintiffs,<br><br>vs.<br><br>PHYSICIANS CHOICE LABORATORY SERVICES, DOUGLAS SMITH, PHILIP MCHUGH AND MANOJ KUMAR,<br><br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Notice of Dismissal Without Prejudice of Claims Against Defendant Physicians Choice Laboratory Services and Motion for Entry of Order filed by the United States pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1) (the "Motion," Doc. 150).

Upon review of the Motion and the entire record of this cause, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

1. The Court approves the dismissal of the claims and causes of action as set forth in the United States' Complaint in Intervention (Doc. 38) against Defendant Physicians Choice Laboratory Services, without prejudice; and

2. All other papers or Orders on file in this matter currently under seal shall remain

under seal.

    **SO ORDERED**.

Signed: April 14, 2021

Kenneth D. Bell
United States District Judge