# United States District Court
## Western District of North Carolina
## Charlotte Division

| | |
|---|---|
| United **States** of America, ex rel. Taryn Hartnett and Dana Shoched**,** <br><br> Plaintiff(s), <br><br> vs. <br><br> Physicians Choice Laboratory Services, Douglas Smith, Philip McHugh and Manoj Kumar**,** <br><br> Defendant(s). | JUDGMENT IN CASE <br><br> 3:17-cv-00037-KDB |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2021 Order.

July 20, 2021

Frank G. Johns, Clerk
United States District Court